# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.  SACV 13-00761 JVS (JPRx)  Date  September 23, 2013

Title  Jonathan R. Mahlow v. Midland Credit Management Inc.

Present: The Honorable  James V. Selna

| Karla J. Tunis | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jonathan R. Mahlow, pro se | Keith Yeomans |

**Proceedings:** Scheduling Conference

Cause called and the parties make their appearances.  The Court and parties confer.  The Court sets the case management dates, with the agreement of the parties, as follows:

**Jury Trial**                                     **July 22, 2014 at 8:30 a.m.**
   File Findings of Fact and Conclusions of Law by July 15, 2014
**Final PreTrial Conference**           **July 7, 2014 at 11:00 a.m.**
   File PreTrial Documents not later than June 30, 2014
   File motions in limine not later than June 9, 2014
**Discovery Cut-off**                        **April 7, 2014**
**Expert Discovery Cut-off**             **April 7, 2014**
   Initial disclosure of Experts not later than January 6, 2014
   Rebuttal disclosure of Experts not later than February 3, 2014
**Law and Motion Cut-off**              **June 2, 2014 at 1:30 p.m.**
   Motions to be filed and served not later than May 5, 2014

The parties inform the Court that their selection for a settlement procedure pursuant to Local Rule 16-14 is the Court Mediation Program.  The Court orders that any settlement discussions shall be completed not later than December 20, 2013.  The parties shall file a Joint Report of the parties regarding outcome of settlement discussions, the likelihood of possible further discussions and any help the Court may provide with regard to settlement negotiations not later than seven (7) days after the settlement conference.

**cc: ADR Office**

0 : 05

Initials of Preparer  kjt