JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jonathan R. Mahlow,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Midland Credit Management, Inc.,<br><br>　　　　　Defendant. | Case no. 8:13-cv-00761-JVS-JPR<br><br>**JUDGMENT** |

　　　As set forth in this Court's Order of Dismissal dated May 2, 2014 [Docket no. 27], and the Bill of Costs entered by the Clerk of the Court on June 5, 2014 [Docket no. 29], **IT IS ORDERED, ADJUDGED AND DECREED** that:

　　　1)　　Plaintiff Jonathan R. Mahlow shall take nothing by his complaint against Defendant Midland Credit Management, Inc.;

　　　2)　　This case is dismissed with prejudice;

　　　3)　　Costs in the amount of $448.00 are awarded to Defendant Midland Credit Management, Inc.

DATED: June 23, 2014

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

{00018287;1}

1